AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JAY WILLIAM JOHNSTON

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 2361-W

I, JAY WILLIAM JOHNSTON, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 7/17/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Defense Counsel

Before
Judicial Officer

FILED
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY